ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 DEC 13  P 3: 42

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| HERMAN MAHONE and JAMRUS SMITH, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )   CV 311-101 |
| | ) |
| JASON MEDLIN, Warden, CCA WHEELERS, GEORGIA DEPARTMENT OF CORRECTIONS, MS. HOLLOWAY, MR. WRIGHT, MS. BONER, and FNU SIGHTS, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Jamrus Smith is **DISMISSED** as a party to this lawsuit.

SO ORDERED this 13th day of December, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE