ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 DEC 13 P 3 42

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| HERMAN MAHONE and JAMRUS SMITH, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV 311-101 |
| JASON MEDLIN, Warden, CCA WHEELERS, GEORGIA DEPARTMENT OF CORRECTIONS, MS. HOLLOWAY, MR. WRIGHT, MS. BONER, and FNU SIGHTS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Jamrus Smith is **DISMISSED** as a party to this lawsuit.

SO ORDERED this 15th day of December, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE